# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA, :

              Plaintiff,            Case No. 3:08-cr-116

- vs -                           District Judge Walter H. Rice
                                    Magistrate Judge Michael R. Merz

JAYSON JONES,

              Defendant. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 489), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections was filed, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant's Motion for Reduction of Sentence pursuant to the First Step Act (ECF No. 485) is GRANTED.  The District Court will set this matter for a new sentencing proceeding and order an updated Presentence Investigation to include new statutory and Guidelines calculations and any rehabilitation efforts Jones has completed during his incarceration.

March 31, 2021

                                                Walter H. Rice
                                          United States District Judge